## MANLY v. PEARSON.

1. Where lessee makes a verbal promise that he will not plough more than a stipulated quantity of land, damages may be recovered by lessor for a breach of this contract.

2. Such damages may be recovered before a justice of the peace.

*Certiorari* to Justice Ballard.

In this case it appeared Pearson, the plaintiff below, had leased some land to Manly ; in the lease it was omitted to state the quantity of land which the tenant was to be permitted to plough. After the lease was executed, Manly promised he would not plough more than two or three acres; with which agreement Pearson being satisfied, gave him possession and received the rent. Manly, however, the first year ploughed twelve acres ; the second, ten acres, and the third year eight acres.

For the violation of this contract the present action was brought and damages recovered.

The court affirmed the judgment.